THE PEOPLE OF THE STATE OF NEW YORK ex rel. TITUS MCBRIDE, Appellant, v WARDEN, Respondent.

Submitted February 14, 2017; decided May 4, 2017

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.